AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| CHARLOTTE DEAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-CV-02755-JMV-MF |
| NOVARTIS PHARMACEUTICALS CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Novartis Pharmaceuticals Corporation   .

Date:  06/02/2020

*Attorney's signature*

Marina Plotkin (047582005)
*Printed name and bar number*
Harris Beach PLLC
One Gateway Center, Suite 2500
Newark, New Jersey 07102

*Address*

Mplotkin@harrisbeach.com
*E-mail address*

(973) 848-1244
*Telephone number*

(212) 687-0659
*FAX number*